

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2015

No. 04-15-00492-CR

George Jr. **MUNOZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5575
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is granted. Appellant is advised that **no further extensions of time will be considered or granted without written proof of extraordinary circumstances.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court